1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **CENTRAL DISTRICT OF CALIFORNIA**
10
11 DAVE R. LABONTE,                    )   NO. EDCV 13-1204-VAP (MAN)
                                       )
12              Plaintiff,             )   **ORDER ACCEPTING FINDINGS AND**
                                       )
13        v.                           )   **RECOMMENDATIONS OF UNITED STATES**
                                       )
14 **GOVERNOR OF THE STATE OF**        )   **MAGISTRATE JUDGE**
   **CALIFORNIA, JERRY BROWN, et al.,** )
15                                     )
                Defendants.            )
16 _____ )
17

18        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, defendants' motions

19 to dismiss the Complaint filed on August 14, 2013, and September 10, 2013 ("Motions") and the

20 related briefing filed by the parties, all of the files and records herein, the Report and

21 Recommendation of United States Magistrate Judge ("Report"), and plaintiff's Objection to the

22 Report. The Court has conducted a *de novo* review of those matters to which plaintiff has stated

23 objections. Having completed its review, the Court accepts the findings and recommendations

24 set forth in the Report.

25

26        IT IS ORDERED that: the Motions are GRANTED pursuant to Rule 12(b)(6) of the Federal

27 Rules of Civil Procedure; the Complaint is dismissed without leave to amend; and Judgment shall

28 be entered dismissing this action with prejudice.

1        IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff and on

2    counsel for defendants.

3

4    DATED: ___April 14 2014_____.

5

6                                        _____

7                                          VIRGINIA A. PHILLIPS
                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              2