# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVE R. LABONTE, | NO. EDCV 13-1204-VAP (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| GOVERNOR OF THE STATE OF CALIFORNIA, JERRY BROWN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 14 2014

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE